Michael A. Oppici, Esq.
JULIEN X. NEALS
CORPORATION COUNSEL
920 Broad Street
Newark, New Jersey 07102
(973)733-3880
Attorney for Defendants City of Newark and
City of Newark Police Department

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| SHARON DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK, CITY OF NEWARK, POLICE DEPARTMENT, ANTHONY F. AMBROSE III, individually and under color of State law as Police Director for the City of Newark, IRVING BRADLEY, JR., individually and under color of State law as Police Chief for the City of Newark, LIEUTENANT JOHN SCOTT-BEY, individually and under color of State law as Captain for the City of Newark Police Department, ADOLPH VASQUEZ, individually and under color of State law as Sergeant for the City of Newark Police Department, JOHN AND JANE DOES 1-99, Fictitious names; XYZ CORPORATIONS 1-10; municipal or governmental entries and their supervisors, agents and employees<br><br>        Defendants. | Civil Action No. 04-5317 (GEB)(MF)<br><br>NOTICE OF MOTION TO DISMISS THE ACTION PURSUANT TO FED.R.CIV.P 37 AND L.CIV.R. 37.1<br><br>MOTION RETURNABLE:<br>SEPTEMBER 21, 2009 |

TO:
                            Sharon Davis
                            P.O. Box 3092
                            Newark, New Jersey 07103
                            Plaintiff, *pro se*

Ronald J. Ricci, Esq.
Ricci & Fava, LLC
300 Lackawanna Avenue, Suite 5
West Paterson, New Jersey 07424
Attorney for Defendants Anthony Ambrose,
Irving Bradley, John Scott-Bey and Adolph
Vasquez

**RETURNABLE:**               Monday, September 21, 2009 at 9:00 a.m.

**PLACE:**                     Clerk of the Court
                              M.L. King, Jr., Federal Bldg &
                              United States Courthouse
                              50 Walnut Street
                              Newark, New Jersey 07102

**RELIEF SOUGHT:**            An Order to Dismiss the Action, pursuant to
                              Fed.R.Civ.P. 37 and L.Civ.R. 37.1

**GROUNDS:**                  Fed.R.Civ.P. 37 and L.Civ.R. 37.1

**SUPPORTING DOCUMENTS:**     Certification of counsel, supporting brief with
                              exhibits and proposed form of Order.

**ORAL ARGUMENT:**            Motion to be decided on the papers, per Notice
                              issued by the Honorable Garrett Brown, Jr.
                              Chief Judge, U.S.D.J., on August 28, 2009

**TRIAL DATE:**               None

**JULIEN X. NEALS**
**CORPORATION COUNSEL**
**Attorneys for Defendants, City of Newark**
**and the City of Newark Police Department**

**BY:  /s/ MICHAEL A. OPPICI, ESQ.**
**Michael A. Oppici, Esq.**

**Dated**: **September 2, 2009**