**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SHARON DAVIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. No. 04-5317 (GEB) |
| v. | : | |
| | : | **ORDER** |
| CITY OF NEWARK, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**BROWN, Chief District Judge**

On September 10, 2009, the Court held a teleconference with counsel for all parties to this case. For the reasons stated by the Court on the record during that teleconference;

IT IS THIS 10th day of September, 2009, hereby

ORDERED that Plaintiff Sharon Davis ("Plaintiff") has thirty days from the date of this order to file opposition papers, if any, to Defendants' pending motions to dismiss [# 56, 57];

ORDERED that Defendants have thirty seven days from the date of this order to file reply papers, if any.

        /s/ Garrett E. Brown, Jr.
        GARRETT E. BROWN, JR., U.S.D.J.