

**Cory A. Booker**
Mayor



**Julien X. Neals**
Corporation Counsel
**Department of Law**

July 23, 2010

Honorable Garret E. Brown, Jr., Chief Judge
United States District Court of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 4050
Trenton, New Jersey 08608

    Re:   Sharon Davis v. City of Newark, et al.
           Civil Action No. 04-5317 (GEB)

Dear Chief Judge Brown:

    This office represents the Defendant City of Newark in the above-mentioned matter. Both the plaintiff and defendants have filed summary judgment motions in this matter. The plaintiff opposed the City of Newark's motion and the City of Newark opposed the plaintiff's motion.

    Based on the arguments raised in the Plaintiff's opposition to the City of Newark's motion for summary judgment, the City of Newark will rely on its opposition to the Plaintiff's summary judgment motion rather than submit a Reply brief to same, which would simply reiterate the arguments made in the opposition brief.

    However, with respect to the section of Plaintiff's Opposition that addresses the egregious behavior of counsel

for the City of Newark, the City does not deem a response is necessary as the arguments raised in this section of plaintiff's brief is not relevant to the motion for summary judgment.

For all of the reasons set forth in the Defendant's original moving papers and in the Defendant's Opposition papers to Plaintiff's motion for summary judgment, it is respectfully submitted that Summary Judgment should be granted in its entirety in favor of the City of Newark.

Respectfully submitted,

/s/ Avion M. Benjamin
Avion M. Benjamin
Assistant Corporation Counsel

cc: Sylvia I. Onyejekwe, Esq.
    Brooke Bagley, Esq.