NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SHARON DAVIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. No.04-5317 (GEB) |
| v. | : | |
| | : | **ORDER** |
| CITY OF NEWARK, ET AL., | : | |
| | : | |
| Defendants. | : | |

BROWN, Chief Judge

This matter comes before the Court upon the following: (1) the motion for summary judgment filed by Defendants the City of Newark and the Newark Police Department (collectively the "Newark Defendants") (Doc. No. 88); (2) the motion for summary judgment filed by Defendants Anthony F. Ambrose, III, Irving Bradley, Jr., John Scott-Bey and Adolph Vasquez (collectively the "Individual Defendants") (all Defendants collectively, "Defendants") (Doc. No. 89); and (3) the motion for partial summary judgment filed by Plaintiff Sharon Davis ("Davis") (Doc. No. 90).  All of the foregoing motions are opposed.  The Court has considered the parties' various submissions and decided these motions without oral argument pursuant to Federal Rule of Civil Procedure 78.  Having done so, for the reasons expressed in the accompanying memorandum opinion;

IT IS THIS 18th day of October, 2010, hereby

ORDERED that Davis' remaining claims for Title VII and NJLAD retaliation are DISMISSED WITH PREJUDICE;

ORDERED that the parties' pending summary judgment are moot and therefore

DENIED;

ORDERED that the Clerk of the Court CLOSE this case.


                                             _____/s/ Garrett E. Brown, Jr._____
                                             GARRETT E. BROWN, JR., U.S.D.J.